1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2755

5

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,          )
10                                     )    MAG. NO. 2:09-MJ-088 EFB
                   Plaintiff,          )
11                                     )
            v.                         )
12                                     )    GOVERNMENT MOTION TO DISMISS
   JOSE ASCENCION PINA-FLORES          )    COMPLAINT AGAINST JOSE ASCENCION
13                                     )    PINA-FLORES
                   Defendant.          )
14  _____)

15        Pursuant to Rule 48(a) of the Federal Rules of Criminal

16  Procedure, the United States respectfully moves this court for an

17  order dismissing without prejudice the above-captioned complaint

18  filed on March 13, 2009 against defendant JOSE ASCENCION PINA-

19  FLORES.

20
                                  Respectfully submitted,
21

22                                LAWRENCE G. BROWN
                                  Acting United States Attorney
23
   Dated: March 13, 2009          By:/s/Michael D. Anderson
24                                    MICHAEL D. ANDERSON
                                      Assistant U.S. Attorney
25

26

27

28

LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE ASCENCION PINA-FLORES<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  MAG. NO. 2:09-MJ-088 EFB<br><br>  ORDER DISMISSING COMPLAINT<br>  AGAINST JOSE ASCENCION PINA-<br>  FLORES |

          Based on the government's motion to dismiss the complaint against JOSE ASCENCION PINA-FLORES

          IT IS HEREBY ORDERED that the above-captioned complaint be and hereby is dismissed without prejudice as to JOSE ASCENCION PINA-FLORES.

DATED:  March 13, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE